FILED
CLERK, U.S. DISTRICT COURT

MAY 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JEREMIAH SHEPPARD,           )
                             )
            Petitioner,      )   Case No.  CV 07-8139-MMM(AJW)
                             )
vs.                          )
                             )
M.C. KRAMER,                 )   JUDGMENT
                             )
            Respondent.      )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: May 20, 2008

Margaret M. Morrow
United States District Judge